1 | BEN SUTER, CASB No. 107680
2 | ben.suter@kyl.com
  | GABRIEL LEE-SANCHEZ, CASB No. 345891
3 | gabriel.lee-sanchez@kyl.com
4 | KEESAL, YOUNG & LOGAN
  | A Professional Corporation
5 | 450 Pacific Avenue
6 | San Francisco, California 94133
  | Telephone:  (415) 398-6000
7 | Facsimile:   (415) 981-0136
8 |
  | Attorneys for Defendant
9 | BUILD-A-BEAR WORKSHOP, INC.
10 |

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| SONYA VALENZUELA, individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>  v.<br><br>BUILD-A-BEAR WORKSHOP, INC., a Delaware corporation,<br><br>       Defendant. | Case No. 2:23−cv−05162-SSS-KKx<br><br>**ORDER GRANTING DEFENDANT'S EXTENSION FOR RESPONSIVE PLEADING DEADLINE**<br><br>Case Removed:         June 29, 2023<br><br>Current Response Date:   July 6, 2023<br><br>Proposed Response Date: July 20, 2023 |

///

-1-

1    GOOD CAUSE APPEARING, the Court hereby approves the Stipulation

2  and hereby Orders that the deadline to answer or otherwise respond to Plaintiff's

3  First Amended Class Action Complaint shall be extended to July 20, 2023.

4    IT IS SO ORDERED.

5

6

7  DATED: July 6, 2023

    HONORABLE SUNSHINE S. SYKES
8    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-

ORDER GRANTING DEFENDANT'S EXTENSION FOR RESPONSIVE PLEADING DEADLINE
– Case No. 2:23−cv−05162-SSS-KKx