1  BEN SUTER, CASB No. 107680
2  ben.suter@kyl.com
3  GABRIEL LEE-SANCHEZ, CASB No. 345891
   gabriel.lee-sanchez@kyl.com
4  KEESAL, YOUNG & LOGAN
   A Professional Corporation
5  450 Pacific Avenue
6  San Francisco, California 94133
   Telephone:  (415) 398-6000
7  Facsimile:  (415) 981-0136
8
9  Attorneys for Defendant
   BUILD-A-BEAR WORKSHOP, INC.
10

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| SONYA VALENZUELA, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br><br>       v.<br><br>BUILD-A-BEAR WORKSHOP, INC., a Delaware corporation,<br><br>            Defendants. | Case No. 2:23-cv-05162-SSS-KK<br><br>**BUILD-A-BEAR WORKSHOP, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6)**<br><br>Date:    September 29, 2023<br>Time:    2:00 p.m.<br>Judge:   Hon. Sunshine S. Sykes<br>Courtroom:  2 |

///

-1-

**TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 29, 2023 at 2:00 p.m. or as soon thereafter as the matter may be heard before the Honorable Sunshine S. Sykes in Courtroom 2 of the above-entitled court, Defendant Build-A-Bear Workshop, Inc. ("Defendant"), by and through its undersigned counsel, will and hereby does respectfully move this Honorable Court for an Order dismissing Plaintiff's First Amended Class Action Complaint ("FAC"), and for such other and further relief as the Court deems just and proper.

This motion is based upon Rule 12(b)(6) of the Federal Rules of Civil Procedure, this Notice of Motion, the attached Memorandum of Points and Authorities, the pleadings, documents, and records on file in this action, all other matters judicially noticeable, such further papers as may be filed in connection with this Motion, and on further documentary evidence and oral argument as this Court may allow at the hearing.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on July 24, 2023.

DATED: August 3, 2023

_____
BEN SUTER
GABRIEL LEE-SANCHEZ
KEESAL, YOUNG & LOGAN
Attorneys for Defendant

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 450 Pacific Avenue, San Francisco, California 94133.

On August 3, 2023, I served the foregoing document(s) described as:

1. **BUILD-A-BEAR WORKSHOP, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6);**

2. **BUILD-A-BEAR WORKSHOP, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS; and**

3. **[PROPOSED] ORDER ON BUILD-A-BEAR WORKSHOP, INC.'S NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(B)(6)**

on the parties in this action addressed as follows:

**PACIFIC TRIAL ATTORNEYS**
**Scott J. Ferrell, Esq.**
**Victoria C. Knowles, Esq.**
**4100 Newport Place Drive, Ste. 800**
**Newport Beach, CA 92660**
**Tel: (949) 706-6464**
**Fax: (949) 706-6469**
**Email: sferrell@pacifictrialattorneys.com**
**vknowles@pacifictrialattorneys.com**
**Counsel for Plaintiff**

☑ BY CM/ECF: The document was electronically served on the parties to this action via the mandatory United States District Court of California CM/ECF system upon electronic filing of above-described document.

Executed on August 3, 2023, at San Francisco, California.

1  I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_M. Schilt_
Maria Celina M. Schilt

PROOF OF SERVICE - Case No. 2:23−cv−05162−SSS−KK
KYL4864-8402-8533.1