PACIFIC TRIAL ATTORNEYS
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@pacifictrialattorneys.com
4100 Newport Place Drive, Ste. 800
Newport Beach, CA 92660
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONYA VALENZUELA, individually and on behalf of all other similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> BUILD-A-BEAR WORKSHOP, INC., a Delaware corporation, <br><br> Defendants. | Case No. 2:23-cv-05162-SSS-KK <br> Judge: Hon. Sunshine S. Sykes <br><br> **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Sonya Valenzuela dismisses, *without prejudice*, this action against Build-A-Bear Workshop, Inc. Defendant has not yet filed or served an answer to Plaintiff's Complaint, nor filed a motion for summary judgment.

Dated: October 13, 2023                    PACIFIC TRIAL ATTORNEYS

                                           By: */s/ Scott J. Ferrell*
                                               Scott J. Ferrell
                                               Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2023, I electronically filed the foregoing **PLAINTIFF'S NOTICE OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

*/s/ Scott J. Ferrell Esq.*
Scott J. Ferrell, Esq.